[Criminal No. 254.   Filed March 27, 1908.]

[95 Pac. 1133.]

LEWIS STATEN, Defendant and Appellant, v. TERRI-
TORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the
Fifth Judicial District, in and for the County of Gila.   Fred-
erick S. Nave, Judge.   Affirmed.

The necessary facts are stated in the opinion.

George K. French, for Appellant.

E. S. Clark, Attorney General, for the Territory.

PER CURIAM.—The appellant was convicted of an assault
with a deadly weapon, and sentenced to pay a fine.   He has
perfected an appeal to this court, but his counsel has failed to ·
file any briefs or pursue his appeal further than by lodging it
in this court.   It being a criminal case, we have examined the
record; and, finding no reversible error apparent, the judg-
ment of the lower court is affirmed.

NAVE, J., not sitting.